IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD RUBENSTEIN and ELIZABETH CALLEJA,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.; PHILIPS NORTH AMERICA LLC; PHILIPS RS NORTH AMERICA LLC; PHILIPS HOLDING USA, INC.; and PHILIPS HEALTHCARE<br><br>    *Defendants*. | CASE NO. 1:22-cv-05247-VSB |

**ORDER GRANTING MOTION TO STAY PROCEEDINGS
PENDING TRANSFER TO MDL NO. 3014**

This matter having come before the Court by Defendant Philips RS North America LLC, through its Motion to Stay all proceedings in this action pending transfer of this action to the multidistrict litigation currently pending before Judge Conti in the Western District of Pennsylvania, *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation*, Case No. 2:21-mc-01230 (W.D. Pa.) (JFC), and the Court in all respects having been sufficiently advised. The Court finds that the Motion is well taken and should be **GRANTED**.

**NOW, THEREFORE, IT IS ORDERED** that the aforesaid motion is **GRANTED.** All proceedings are stayed until the action is transferred to the MDL.

DATED THIS __30th__ DAY OF _____June_____, 2022.

                                                                     _/s/ Vernon Broderick_____
                                                                       Hon. Vernon S. Broderick
                                                                       District Judge, Southern District of New York